CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| James P. Garrett (SBN 135692)<br>Law Offices of James P. Garrett<br>814 59th Street<br>Oakland, CA 94608 | (510) 282-1444 | |
| ATTORNEY FOR (Name): Plaintiff Marilyn Varnado | | |

Insert name of court and name of judicial district and branch court, if any:

**U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: Marilyn Varnado

DEFENDANT/RESPONDENT: ABM Industries, Inc., et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Employment Discrimination

CASE NUMBER: C06-06351

- *A conformed copy will not be returned by the clerk unless a method of return is provided with the document.*

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice  (2) [✓] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (4) [ ] Cross-complaint filed by (name): _____ on (date): _____
      (5) [✓] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: January 18, 2007

James P. Garrett

(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ /s/ James P. Garrett (SIGNATURE)

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

(To be completed by clerk)
3. [✓] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date): 1/19/07   as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):
6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed  [ ] means to return conformed copy

Date: 1/19/07   Clerk, by /s/ Susan Illston, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com